## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| YAMAN F. TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) 1:21-CV-0612-AT |
| JACK IN THE BOX INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Yaman F. Taylor and the undersigned counsel for Defendant Jack in the Box Inc. hereby notify the Court that that they have reached a settlement in the above-captioned case. The Parties anticipate that a dismissal with prejudice will be filed in the next 30 days.

WHEREFORE, the Parties respectfully request that the Court administratively close the case with the right of either party to reopen the case if settlement is not consummated within 30 days of today's date. A proposed order is attached hereto for the Court's convenience.

Respectfully submitted this 16th day of April, 2021.

| | |
|---|---|
| */s/ Yaman F. Taylor* (With Permission—<br>*See* Ex. B)<br>Yaman F. Taylor<br>7515 Garnet Dr.<br>Jonesboro, GA  30236<br>tayloryaman12@outlook.com<br><br>*Yaman F. Taylor, Pro Se* | */s/ William H. Rooks*<br>William H. Rooks<br>Georgia Bar No. 906785<br>BALLARD SPAHR, LLP<br>999 Peachtree Street, N.E.<br>Suite 1000<br>Atlanta, GA  30309<br>Telephone: (678) 420-9370<br>Facsimile:  (678) 420-9301<br>rooksw@ballardspahr.com<br><br>*Counsel for Defendant*<br>*Jack in the Box Inc.* |

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| YAMAN F. TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) 1:21-CV-0612-AT |
| JACK IN THE BOX INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## (PROPOSED) ORDER

The Court, having considered the Parties' Joint Notice of Settlement filed on April 16, 2021, directs the Clerk to administratively close this case, subject to the right of either party to reopen should settlement not be consummated within 30 days. The parties are ORDERED to file a Dismissal With Prejudice within 30 days if neither party has moved to reopen this case within such time.

SO ORDERED this ___ day of April, 2021.

_____
The Honorable Amy M. Totenberg
United States District Court
Northern District of Georgia

**EXHIBIT B**

**Rooks, William (Atlanta)**

| | |
|---|---|
| **From:** | yaman taylor <tayloryaman12@outlook.com> |
| **Sent:** | Friday, April 16, 2021 7:26 PM |
| **To:** | Rooks, William (Atlanta) |
| **Subject:** | Re: Yaman v. Jack in the Box, Inc., 1:21-cv-0612-AT |

⚠ **EXTERNAL**

You have my permission to sign and file the document on my behalf.

Regards
YT

**From:** Rooks, William <rooksw@ballardspahr.com>
**Sent:** Friday, April 16, 2021 7:17 PM
**To:** yaman taylor <tayloryaman12@outlook.com>
**Subject:** RE: Yaman v. Jack in the Box, Inc., 1:21-cv-0612-AT

Please see the attached notice of settlement.  Please either sign the notice of settlement or respond by stating that I have your permission to sign and file the document on your behalf.

Thank you.

**William H. Rooks**

**Ballard Spahr** LLP

999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-4421
678.420.9492 DIRECT
678.420.9301 FAX

rooksw@ballardspahr.com
VCARD

-------------------------------
www.ballardspahr.com

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| YAMAN F. TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION FILE NO. ) 1:21-CV-0612-AT |
| JACK IN THE BOX INC., | ) ) |
| Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, I served a true and correct copy of the above document on Plaintiff Yaman F. Taylor via U.S. Mail:

Yaman F. Taylor
7515 Garnet Dr.
Jonesboro, GA  30236

I further certify that on April 16, 2021, I e-mailed a true and correct copy of the foregoing document to Plaintiff Yaman F. Taylor at the following e-mail address: tayloryaman12@outlook.com

*/s/ William H. Rooks*
William H. Rooks
BALLARD SPAHR LLP