IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| YAMAN F. TAYLOR, | : | |
| Plaintiff, | : | |
| v. | : | |
| JACK IN THE BOX, INC., | : | CIVIL ACTION NO. |
| | : | 1:21-cv-0612-AT |
| Defendant. | : | |

## **ORDER**

The parties in this matter advised the Court by that they have reached a settlement and formal documentation is soon to be completed [Doc. 13].

**IT IS HEREBY ORDERED** that the action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, anytime within the next sixty (60) days, to reopen this action or vacate this order of dismissal.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary. If the action has not been reopened or the Court has not received a motion to vacate on or before the time permitted by this Order, the action will be dismissed with prejudice.

**SO ORDERED** this 20th day of April, 2021.

_____
**Amy Totenberg**
**United States District Judge**