**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| YAMAN F. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:21-CV-0612-AT |
| JACK IN THE BOX, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Yaman F. Taylor hereby stipulates to the voluntarily dismissal of all claims in the above-captioned action with prejudice with each party to bear his or its respective costs and attorneys' fees. Defendant Jack in the Box, Inc. stipulates to this voluntarily dismissal with prejudice through its undersigned counsel.

This, the 19th day of May, 2021.

Respectfully submitted,                Respectfully submitted,

*/s/ Yaman F. Taylor (With Permission—*    */s/ William H. Rooks*
*See Ex. A)*                              William H. Rooks
Yaman F. Taylor                           Georgia Bar No. 906785

1

7515 Garnet Dr.
Jonesboro, GA  30236
tayloryaman12@outlook.com

*Pro se*

BALLARD SPAHR, LLP
999 Peachtree Street, N.E.
Suite 1000
Atlanta, GA  30309
Telephone: (678) 420-9492
Facsimile:  (678) 420-9301
rooksw@ballardspahr.com

*Counsel for Defendant*
*Jack in the Box, Inc.*

# **EXHIBIT A**

## Rooks, William (Atlanta)

| | |
|---|---|
| **From:** | Rooks, William (Atlanta) |
| **Sent:** | Tuesday, May 11, 2021 3:57 PM |
| **To:** | 'yaman taylor' |
| **Subject:** | RE: Yaman v. Jack in the Box, Inc., 1:21-cv-0612-AT |

Thank you, Mr. Taylor.

All my best,

Will

**William H. Rooks**

**Ballard Spahr** LLP

999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-4421
678.420.9492 DIRECT
678.420.9301 FAX

rooksw@ballardspahr.com
VCARD

---

www.ballardspahr.com

---

**From:** yaman taylor <tayloryaman12@outlook.com>
**Sent:** Tuesday, May 11, 2021 3:56 PM
**To:** Rooks, William (Atlanta) <rooksw@ballardspahr.com>
**Subject:** Re: Yaman v. Jack in the Box, Inc., 1:21-cv-0612-AT

⚠ **EXTERNAL**

**Funds received, you have my permission to esign on my behalf and file joint stipulation of dismissal.**

**Best Regards**
**YT**

1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 19, 2021, I served a true and correct copy of the foregoing document on Plaintiff Yaman F. Taylor by placing said copy in a postage paid envelope addressed to the person hereafter listed and by depositing said envelope in the U.S. Mail:

Yaman F. Taylor
7515 Garnet Dr.
Jonesboro, GA  30236

I further certify that on May 19, 2021, I e-mailed a true and correct copy of the foregoing document to Plaintiff Yaman F. Taylor at the following e-mail address, which Plaintiff listed in the signature block of the Complaint:

tayloryaman12@outlook.com

*/s/ William H. Rooks*
William H. Rooks
BALLARD SPAHR LLP

4